IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00043-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MORRIS SAKOU MASSALAY | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for a continuance of the Final Supervised Release Violation Hearing scheduled for January 27, 2025. (See Case No. 3:24-cr-196, Doc. No. 13 docketed as motion to continue supervised release violation).

For the reasons stated in the defendant's motion, the Court finds that the defendant has sufficient cause for a continuance in this matter.

**IT IS, THEREFORE, ORDERED** that the above captioned case be continued to a date to be announced by separate order.

The Clerk is directed to certify copies of this order to the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: January 21, 2025

Robert J. Conrad, Jr.
United States District Judge